**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**                                    CASE NO.: _____

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: COLLAZO, JR., JOSEPH MANUEL          JOINT DEBTOR: COLLAZO, HARRIET AMY

Last Four Digits of SS# XXX-XX-0759          Last Four Digits of SS# 7305

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __39__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $__110.00__ for months __1__ to __39__ ;
- B.  $_____ for months _____ to _____ ;
- C.  $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:    Attorney's Fee   $__3,500.00__
                   TOTAL PAID       $____0.00____
                   Balance Due      $__3,500.00__ payable $__100.00__ month (Months __1__ to __5__)
                                                 payable $__88.24__ month (Months __6__ to __39__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date $ _____
Address _____   Arrears Payment  $_____/month (Months _____ to _____)
        _____   Regular Payment  $_____/month (Months _____ to _____)
Loan # _____   Arrears Payment  $_____/month (Months _____ to _____)

2. _____   Arrearage on Petition Date $ _____
Address _____   Arrears Payment  $_____/month (Months _____ to _____)
        _____   Regular Payment  $_____/month (Months _____ to _____)
Loan # _____   Arrears Payment  $_____/month (Months _____ to _____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value & Description of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Secured Creditor | Pay Off Amount & Description of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $ _____
                            Payable   $ _____/month (Months _____ to _____)

Unsecured Creditors: Pay $__11.76__ month (Months __6__ to __39__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: The Debtors will continue making direct payments to Savanna Club HOA, Inc. (Account # 1800) and St. Lucie County Tax Collector secured by their homestead property located at 8205 E. Bitterbush Lane, Port St. Lucie, FL 34952. The Debtors surrender any and all interest in the 2011 Chrysler Town & Country secured with Nassau Educators Federal Credit Union (Account # 9503).                                                                                                                                            .

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/S/_____                        _____/S/_____
JOSEPH MANUEL COLLAZO, JR., Debtor               HARRIET AMY COLLAZO, Joint Debtor
Date: April 30, 2013                             Date: April 30, 2013

LF-31(rev. 8/01/06)